UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HARRIS CORPORATION,**

      **Plaintiff,**

v.                                                   **Case No: 6:11-cv-618-Orl-41KRS**

**RUCKUS WIRELESS, INC.,**

      **Defendant.**

**ORDER**

THIS CAUSE is before the Court on the Joint Stipulation for Entry of Final Order of Dismissal (Doc. 315). Pursuant to Federal Rule of Civil Procedure 41, it is **ORDERED** and **ADJUDGED** as follows:

1. This action is hereby **DISMISSED with prejudice**; and

2. The parties shall bear their own attorneys' fees and costs.

**DONE** and **ORDERED** in Orlando, Florida on September 11, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record